

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00082-CV
_____

THOMAS MCPHILLIPS RAFFAELLI, Appellant

V.

FREDYE LONG ALFORD, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 11-C-0202-102

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Thomas McPhillips Raffaelli, appellant,[1] has filed a motion seeking to dismiss this appeal.  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted:     November 13, 2014
Date Decided:       November 14, 2014

---

[1]*See* TEX. R. APP. P. 7.1.